David Architectural Metals, Inc., a corporation, Plaintiff, v. American National Bank and Trust Company of Chicago, as Trustee Under Trusts Nos. 11139 and 10912; Herbert Construction Corporation, a corporation, Defendants, and Counter-Defendants-Appellants, The Equitable Life Assurance Society of the United States, a corporation, et al., Defendants and Counter-Defendants, Arthur M. Gelden Co., a corporation, Defendant and Counter-Plaintiff-Appellee.

Gen. No. 47,842. ■

First District, Third Division.

April 14, 1960.

Rehearing denied May 2, 1960.

Antonow and Weissbourd (Ernest Greenberger, of counsel) for appellants; Lewis W. Schlifkin and Edwin A. Hofeld for Arthur M. Gelden Company, defendant and counter-plaintiff-appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.